# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3520

_____

James Black; Stephen Glasper;    *
Robert Ritchie,    *
   *
       Appellants,    *
   *
     v.    *
   * Appeal from the United States
Target Stores, a division of Dayton    * District Court for the District
Hudson Corporation; Merrill Nelson;    * of Minnesota.
Michael B. Anderson; Stephanie    *
Bertram; John Derheimer; Amy    * [UNPUBLISHED]
Adler; Cheryl Riplinger; Steve    *
Kenady; Amy Richmond; Nora    *
O'Neill; Vicki Kessler,    *
   *
       Appellees.    *

_____

Submitted: October 19, 2001

Filed: October 24, 2001

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

James Black, Stephen Glasper, and Robert Richie (the plaintiffs) brought this action against Target Stores and several Target managers (collectively Target) alleging race discrimination and retaliation claims under Title VII, 42 U.S.C. § 1983,

and the Minnesota Human Rights Act. The district court[*] granted summary judgment to Target, concluding that even if the plaintiffs established a prima facie case of discrimination, Target showed a nondiscriminatory basis for the disciplinary action taken against each plaintiff, and each plaintiff failed to present any evidence creating a genuine issue of material fact on the issues of pretext or intentional race discrimination. Likewise, the district court granted summary judgment on the plaintiffs' hostile work environment claims because they did not show that Target's actions were based on the plaintiffs' race rather than their misconduct or deficient performance, or that Target's conduct created an abusive working environment. On appeal, the plaintiffs contend they raised a genuine issue of material fact on the pretext issue and the district court improperly rejected their hostile work environment claims. Having carefully reviewed the record, the parties' briefs, and the controlling law, we conclude the district court properly granted summary judgment to Target. Because we have nothing to add to the district court's thorough, 29-page memorandum opinion and order, we affirm without additional discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.